William J. Honan
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BRYGGEN SHIPPING & TRADING AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYGGEN SHIPPING & TRADING AS,<br><br>Plaintiff,<br><br>-against-<br><br>SH MARINE LTD. a/k/a SH MARINE CO., LTD.,<br><br>Defendant. | 08 Civ. _____<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, William J. Honan, attorney for Plaintiff Bryggen Shipping & Trading AS, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Bryggen Shipping & Trading AS is a privately owned company, is not publicly traded, and has no parent company.

Dated:    New York, New York
          February 20, 2008

                                    HOLLAND & KNIGHT LLP

                    By: _____
                                  William J. Honan
                                  Christopher R. Nolan
                                  Lissa D. Schaupp
                                  195 Broadway
                                  New York, NY 10007-3189
                                  Tel:  (212) 513-3200
                                  Fax:  (212) 385-9010

                                  *Attorneys for Plaintiff*
                                  *Bryggen Shipping & Trading AS*

# 5138466_v1