William J. Honan
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BRYGGEN SHIPPING & TRADING AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYGGEN SHIPPING & TRADING AS,

      Plaintiff,

    -against-

SH MARINE LTD. a/k/a SH MARINE CO., LTD.,

      Defendant.

**08 CV 1701**

**ORDER FOR ISSUANCE
OF A WRIT OF
ATTACHMENT
AND GARNISHMENT**

**UPON** reading the Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the affidavits and papers submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

**NOW**, upon motion of Holland & Knight LLP, attorneys for Plaintiff, it is hereby

**ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of $1,513,573.89

against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf of, or being transferred for the benefit of SH Marine Ltd. a/k/a SH Marine Co., Ltd. by any garnishee within this district, including, *inter alia*, funds or accounts held in the name(s) of SH Marine Ltd. and/or SH Marine Co., Ltd. with the following financial institutions:

Bank of America, N.A.

Bank of China

The Bank of New York

Citibank, N.A.

Deutsche Bank Trust Company Americas

HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

UBS AG

Wachovia Bank, N.A.

Société Générale

Standard Chartered Bank

BNP Paribas

Calyon Investment Bank

American Express Bank

Commerzbank

ABN Amro Bank

Bank Leumi USA

Banco Popular

China Trust Bank

Industrial Bank of Korea

Shin Han Bank

Great Eastern Bank

Nara Bank

United Orient Bank

and it is further

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including $1,513,573.89, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service upon any garnishee by the United States Marshal or any other person designated or authorized by Order to make service in this action, subsequent or supplemental service of Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made

3

commencing from the time of such service through the opening of garnishee's business the next business day; and it is further

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment; and it is further

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the writs of attachment and garnishment may be served by any person, who is not less than 18 years old, and who is not a party to this action.

Dated: New York, New York
　　　February _Z1_, 2008

SO ORDERED

_____
U.S.D.J.

# 5138393_v1

4

William J. Honan
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
BRYGGEN SHIPPING & TRADING AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYGGEN SHIPPING & TRADING AS,

                Plaintiff,

       -against-

SH MARINE LTD. a/k/a SH MARINE CO., LTD.,

               Defendant.

**08 CV 1701**

08 Civ. _____

**WRIT OF ATTACHMENT**
**AND GARNISHMENT**

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE MARSHAL OF**

**THE SOUTHERN DISTRICT OF NEW YORK (OR DESIGNATED PROCESS SERVER)**

**GREETINGS:**

      **WHEREAS** a Verified Complaint has been filed in the United States District Court for

the Southern District of New York on the 20th day of February, 2008 by

**BRYGGEN SHIPPING & TRADING AS,**

             **Plaintiff,**

            **- against –**

**SH MARINE LTD. a/k/a SH MARINE CO., LTD.,**

             **Defendant,**

in a certain action for breach of a maritime contract wherein it is alleged that there is due and owing from Defendant to Plaintiff the amount of $1,513,573.89 and praying for process of maritime attachment and garnishment against the Defendant, and for the attachment of the goods and chattels of said Defendant;

**NOW, THEREFORE**, we do hereby empower and strictly charge and command you, the said Marshal (or designated process server), to cite and admonish the said Defendant, if it shall be found in your district, to appear before the said District Court, at the U.S. District Courthouse for the Southern District of New York, New York, New York, that you attach the goods and chattels in this District of SH Marine Ltd. a/k/a SH Marine Co., Ltd. to the amount sued for, in the hands of garnishees in this District, specifically including tangible or intangible assets alleged to be in the possession of the following garnishees:

Bank of America, N.A.

Bank of China

The Bank of New York

Citibank, N.A.

Deutsche Bank Trust Company Americas

HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

UBS AG

Wachovia Bank, N.A.

Société Générale

Standard Chartered Bank

BNP Paribas

Calyon Investment Bank

American Express Bank

Commerzbank

ABN Amro Bank

Bank Leumi USA

Banco Popular

China Trust Bank

Industrial Bank of Korea

Shin Han Bank

Great Eastern Bank

Nara Bank

United Orient Bank

and if no goods and chattels can be found, that you attach the debts, credits and effects of SH Marine Ltd. a/k/a SH Marine Co., Ltd. to the amount sued for, in the hands of garnishees named in the Verified Complaint as may be found.

You are also directed to notify the said garnishees that:

(1)    A foreign attachment has been commenced against the Defendant SH Marine Ltd. a/k/a SH Marine Co., Ltd.;

(2)    The garnishee is required to file in the office of the Clerk of the United States District Court for the Southern District of New York within twenty (20) days from the service of this Writ, a report, under oath, setting forth in detail all debts

owing by the garnishee to the Defendant SH Marine Ltd. a/k/a SH Marine Co., Ltd. in the possession, custody or control of the garnishee or to which the garnishee holds legal title; all property which is held by the garnishee as fiduciary in which the Defendant SH Marine Ltd. a/k/a SH Marine Co., Ltd. has an interest; and whether any property attached is immune or exempt from attachment; and

(3)     The garnishee is enjoined from paying any debt to or for the amount of Defendant, and from delivering any property owned by the Defendant to or for the account of the Defendant or otherwise disposing thereof;

(4)     The garnishee is required to promptly forward to Defendant, by any form of mail requiring a return receipt, a copy of this Writ, a copy of the Verified Complaint, and a copy of the Summons.

If the property of the Defendant is found in the possession of anyone not a garnishee, you are directed to notify him that he has been added as a garnishee, is directed to file a report, and is enjoined as above stated.

**Amount of Plaintiff's claim:  $1,513,573.89 including estimated interest, attorneys' fees and expenses.**

**J. MICHAEL McMAHON**

**Clerk**

By: _Edward Dunon_          Date: _FEB 21 2008_

Deputy Clerk

4

William J. Honan
Christopher R. Nolan
Lissa D. Schaupp
195 Broadway
New York, New York  10007
(212) 513-3200
*Attorneys for Plaintiff*
*Bryggen Shipping & Trading AS*

# 5138355_v1