UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYGGEN SHIPPING & TRADING AS,

Plaintiff,

-against-

SH MARINE LTD. a/k/a SH MARINE CO., LTD.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

08 Civ. 1701 (UA)

**CONSENT ORDER**

**WHEREAS**, on or about February 20, 2008, Bryggen Shipping & Trading AS ("Bryggen") filed this action against SH Marine Ltd. a/k/a SH Marine Co., Ltd. ("SHM"), and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about February 21, 2008 (collectively, the "Process of Maritime Attachment and Garnishment"); and

**WHEREAS**, the Process of Maritime Attachment and Garnishment were subsequently served on various garnishee banks in this district; and

**WHEREAS**, Bryggen has attached funds that were being routed from or to accounts held by SHM in the collective sum of $60,135.01 (the "Security"), which Security presently is in the possession of garnishees Deutsche Bank and Citibank in the following amounts: (1) the amounts of $40,000 and $3,972.33, respectively, at Deutsche Bank; and (2) the amount of $16,162.68 at Citibank; and

**WHEREAS**, Bryggen and SHM have agreed to settle Bryggen's security claims;

**NOW**, pursuant to the subjoined consent of the attorneys for Bryggen and SHM, it is:

1

**ORDERED** that the Security held by Deutsche Bank and Citibank is to be released and wired to an account of SHM, which account details will be provided in a joint letter from the attorneys of Bryggen and SHM to Deutsche Bank and Citibank; and it is further

**ORDERED** that this Consent Order likewise shall apply to all further funds frozen by garnishees pursuant to the Process of Maritime Attachment and Garnishment and release of such funds is directed without Bryggen having to apply for a supplemental consent order. **All such frozen amounts shall be transferred in accordance with the original wire instructions.**

Dated: March 10, 2008

HOLLAND & KNIGHT LLP

By: _____

William J. Honan
Christopher R. Nolan
195 Broadway
New York, New York 10007
(212) 513-3516
(212) 385-9010 fax
michael.frevola@hklaw.com
*Attorneys for Plaintiff*
*Bryggen Shipping & Trading AS*

By: _____

Kirk Lyons
Lyons & Flood, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400
(212) 594-4589 fax
klyons@lyons-flood.com
*Attorneys for Defendant*
*SH Marine Ltd. a/k/a SH MARINE CO., LTD.*

**SO ORDERED:**

MIRIAM GOLDMAN CEDARBAUM
_____
United States District Judge
Part I

March 17, 2008
Date