

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYGGEN SHIPPING & TRADING AS,

          Plaintiff,

-against-

SH MARINE LTD. a/k/a SH MARINE CO., LTD.,

          Defendant.

08 Civ. 1701 (RJH)

**NOTICE OF**
**VOLUNTARY**
**DISMISSAL**

**PLEASE TAKE NOTICE THAT,** pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Bryggen Shipping & Trading AS, by and through its attorneys of record, dismisses this action without prejudice.

Dated: New York, New York
       March 25, 2008

HOLLAND & KNIGHT LLP

By: _____
William J. Honan
Christopher R. Nolan
195 Broadway
New York, NY 10007-3189
Tel: (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

SO ORDERED:

_____
Honorable Richard J. Holwell    3/25/65
United States District Judge

The clerk is requested to close this case